UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JASON HEYLIGER,

                         Plaintiff,

                                                                     DECISION AND ORDER

                                                                     06-CV-6220L

                        v.

THOMAS GEBLER
JEFFEREY PILLEY,

                         Defendants.
_____

      The *pro se* plaintiff in this action, Jason Heyliger, has moved for a preliminary injunction. The motions are denied. Plaintiff has not met the standards for the issuance of preliminary injunctive relief in this circuit. *See Zervos v. Verizon New York, Inc.*, 252 F.3d 163, 172 (2$^d$ Cir. 2001); *ABKCO Music, Inc. v. Stellar Records, Inc.*, 96 F.3d 60, 64 (2$^d$ Cir. 1996).

## CONCLUSION

Plaintiff's motions for a preliminary injunction (Dkt. #37 and #38) are denied.

   IT IS SO ORDERED.

                                              _____
                                                DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
       January 3, 2008.